# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Jesus MURGA-Gonzalez,<br>(a.k.a. Jesse MURGA)<br><br>Defendant. | Case No.: 22MJ8180<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 7, 2022, within the Southern District of California, the defendant, Jose Jesus MURGA-Gonzalez a.k.a. Jesse MURGA, an alien, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*[signature]*

Margarita Carter, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th day of March, 2022.

*[signature]*

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Jesus MURGA-Gonzalez
(a.k.a. Jesse MURGA)

## STATEMENT OF FACTS

The complainant states this complaint is based upon the arrest reports of the apprehending officers and the investigative report of Customs and Border Protection (CBP) Enforcement Officer Margarita Carter that defendant, Jose Jesus MURGA-Gonzalez (MURGA), attempted to enter the United States at the Calexico, California West Port of Entry on March 7, 2022.

On March 7, 2022, at approximately 6:30 a.m., MURGA applied for admission into the United States from Mexico at the Calexico, California West Port of Entry through Pedestrian Primary lanes. Upon inspection before United States Customs and Border Protection (CBP) Officer Ruiz, MURGA presented a California Birth Certificate and a Texas Driver's License bearing the name "J.S." as his own entry document. MURGA gave a negative Customs Declaration and stated he was traveling to Texas. CBP Officer Ruiz examined the document presented by MURGA and noticed the Texas Driver's License presented appeared counterfeit. CBP Officer Ruiz proceeded to conduct a name system check in the CBP database and received negative findings. CBP Officer Ruiz suspected MURGA was not a United States Citizen and opted to refer MURGA to the secondary office for further inspection.

During the secondary inspection, a Mexican Identification card was discovered on MURGA's person with his true name. MURGA admitted he was a citizen of Mexico and had previously been deported from the United States. MURGA's fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing MURGA has an extensive criminal and immigration record. Official records confirmed MURGA is an alien, native, and citizen of Mexico, with no legal documentation to enter into or be in the United States. Record checks contain no evidence MURGA is in possession of any legal documents that allow him to enter into the United States.

Records revealed MURGA has an order for Administrative Deportation from the United States on January 11, 2013. Further records reveal MURGA was last deported/removed to Mexico on January 29, 2013.

There is no evidence showing MURGA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.